# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** (For a Petty Offense) |
| v. | CASE NUMBER: 06-mj-01148 |
| BUCK SAMUELSON | |

**THE DEFENDANT:** Pleaded guilty to count 1 of the violation of probation..

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 24H/F4066753 | Probation violation | 7/2/06 | 1 |

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

7/7/06
Date of Imposition of Judgment

s/Michael J. Watanabe
Signature of Judicial Officer

Michael J. Watanabe, U.S. Magistrate Judge
Name & Title of Judicial Officer

7/7/06
Date

DEFENDANT: BUCK SAMUELSON
CASE NUMBER: 06-mj-01148

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 6 days, with credit for time served.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
Deputy United States Marshal

DEFENDANT: BUCK SAMUELSON
CASE NUMBER: 06-mj-01148

## PROBATION

The defendant is hereby placed on UNSUPERVISED probation for a term of 12 months.

DEFENDANT: BUCK SAMUELSON
CASE NUMBER: 06-mj-01148

## MONETARY OBLIGATIONS

The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| 1 | $10.00 | $25.00 | $0.00 |
| **TOTALS** | $10.00 | $25.00 | $0.00 |

The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options set forth below may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

DEFENDANT: BUCK SAMUELSON
CASE NUMBER: 06-mj-01148

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations shall be due as follows:

Defendant shall pay all fines and fees by September 7, 2006.

All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any monetary obligations imposed.

Payments shall be applied in the following order: (1) special assessment, (2) fine principal, (3) fine interest